**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| HAROLD ALEXANDER, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Case No.: 8:17-cv-02500-TDC |
| OCWEN LOAN SERVICING, LLC, | * | |
| | * | |
| Defendant. | | |

\*      \*      \*      \*      \*

**OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS THE COMPLAINT**
**AND MOTION TO STRIKE THE NOTICE OF LIS PENDENS**

Defendant, Ocwen Loan Servicing, LLC ("***Ocwen***"), through undersigned counsel, pursuant to Rules 8(a), 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure and Local Rule 105, moves to dismiss the Action to Quiet Title with prejudice and to strike the Notice of Lis Pendens, and states as follows.

1.  Plaintiff has failed to state a claim to quiet title or for declaratory or injunctive relief because there is a pending foreclosure action on the property.

2.  Plaintiff has failed to plead sufficient facts to sustain any other cause of action against Ocwen, and, therefore, the notice of lis pendens should be stricken.

3.  Ocwen incorporates its Memorandum of Points and Authorities in Support of its Motion to Dismiss the Complaint and to Strike the Notice of Lis Pendens as if set forth fully herein.

Dated: September 1, 2017                    Respectfully submitted,


                                            DUANE MORRIS LLP


                              By: /s/ Laurie B. Goon
                                  Laurie B. Goon (Federal Bar No. 29604)
                                  DUANE MORRIS LLP
                                  111 South Calvert Street, Suite 2000
                                  Baltimore, MD  21202-6114
                                  Telephone: 410-949-2943
                                  Facsimile: 410-510-1274
                                  lbgoon@duanemorris.com


                                  *Attorneys for Defendant, Ocwen Loan Servicing,
                                  LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of September, 2017 a true and correct copy of Ocwen Loan Servicing LLC's Motion to Dismiss the Complaint, supporting memorandum of points and authorities, exhibits, and proposed order were served via first-class mail, postage prepaid, to:

Harold Alexander
11501 William Beanes Road
Upper Marlboro, MD 20772

*Pro se Plaintiff*


                                  /s/  Laurie B. Goon
                                      Laurie B. Goon

DM1\8050338.1