**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)**

| | | |
|---|---|---|
| HAROLD ALEXANDER, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Case No.: 8:17-cv-02500-TDC |
| OCWEN LOAN SERVICING, LLC, | * | |
| | * | |
| Defendant. | | |

\*   \*   \*   \*   \*

**OCWEN LOAN SERVICING, LLC'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT AND TO STRIKE THE NOTICE OF LIS PENDENS**

Defendant, Ocwen Loan Servicing, LLC ("*Ocwen*"), through undersigned counsel, pursuant to Rules 8(a), 12(b)(6) and 12(f) of the Federal Rules of Civil Procedure and Local Rule 105, files its memorandum of points and authorities in support of its Motion to Dismiss the Action to Quiet Title (the "*Complaint*") and to strike the Notice of Lis Pendens.

**INTRODUCTION**

This case is a misguided effort by Plaintiff Harold Alexander ("*Plaintiff*") to collaterally attack a foreclosure proceeding after defaulting on his mortgage loan. Plaintiff asks the Court to invalidate the note and deed of trust that he knowingly and voluntarily entered into, without paying back close to a million dollars in funds borrowed. Because Plaintiff was unsuccessful in having his foreclosure case stayed or dismissed, he has filed a separate and concurrent action to quiet title repeating the same confusing allegations and theories made in the foreclosure case that lack relevance and merit, and that the state court has already denied.