# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (Greenbelt Division)

| | | |
|---|---|---|
| HAROLD ALEXANDER, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No.: 8:17-cv-02500-TDC |
| OCWEN LOAN SERVICING, LLC, | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \*

## LINE WITHDRAWING OCWEN LOAN SERVICING, LLC'S MOTION TO DISMISS THE COMPLAINT AND TO STRIKE THE NOTICE OF LIS PENDENS (ECF NO. 7)

Defendant, Ocwen Loan Servicing, LLC ("***Ocwen***"), through undersigned counsel, files this Line to withdraw its Motion to Dismiss the Complaint and Motion to Strike the Notice of Lis Pendens and Memorandum in Support (the "***Motion***"), ECF No. 7. The Motion was filed one minute after the Honorable Judge Chuang's Case Management Order (ECF No. 6) was entered on Cm/ECF, and before the undersigned was aware of its entry. The undersigned has reviewed the Court's Case Management Order, which states that no motions may be filed without first seeking a Pre-Motion Conference, and will proceed accordingly. As a filed pleading, the undersigned will serve a copy of the Motion on Plaintiff, Harold Alexander, as well as simultaneously serve a copy of this Line withdrawing the Motion.

Dated: September 1, 2017         Respectfully submitted,

                                 DUANE MORRIS LLP


                                 By: */s/ Laurie B. Goon*

Laurie B. Goon (Federal Bar No. 29604)
DUANE MORRIS LLP
111 South Calvert Street, Suite 2000
Baltimore, MD 21202-6114
Telephone: 410-949-2943
Facsimile: 410-510-1274
lbgoon@duanemorris.com

*Attorneys for Defendant, Ocwen Loan Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of September, 2017 a true and correct copy of Ocwen Loan Servicing LLC's Motion to Dismiss the Complaint, supporting memorandum of points and authorities, exhibits, and proposed order were served via first-class mail, postage prepaid, to:

Harold Alexander
11501 William Beanes Road
Upper Marlboro, MD 20772

*Pro se Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　/s/  Laurie B. Goon
　　　　　　　　　　　　　　　　　　　　　　　　　Laurie B. Goon

2
DM1\8071641.1